UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,       Case No. 11-mc-51386

               Paul D. Borman
               United States District Judge

v.

               R. Steven Whalen
               United States Magistrate Judge

ELAINE McQUARTERS,

     Defendant.
_____/

ORDER ADOPTING MAGISTRATE JUDGE WHALEN'S OCTOBER 11, 2013 REPORT
AND RECOMMENDATION (ECF NO. 6) AND DISMISSING THIS ACTION

On October 11, 2013, Magistrate Judge R. Steven Whalen issued a Report and Recommendation that the Court dismiss Elaine McQuarters's "Complaint" that names Ms. McQuarters as the "Defendant," and dismiss the September 14, 2012 "Notice of Default" filed by a non-party whose interest in this litigation is undisclosed.   (ECF No. 6, Report and Recommendation.)  Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation (ECF No. 14),   DISMISSES the "Notice of Default" (ECF No. 3), DISMISSES the Complaint and closes this case.

IT IS SO ORDERED.

              s/Paul D. Borman_____
              Paul D. Borman
              United States District Judge

Dated: November 20, 2013

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 20, 2013.

s/Deborah Tofil
Case Manager